**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, and DONALD LAVIN, in his official capacity as Co-Administrator of the Fund, | : | CA 04    83ML |
| Plaintiffs, | : | C.A. No. |
| v. | : | |
| MANUEL R. PAVAO CONTRACTOR, INC. Defendant. | : | |

**COMPLAINT**

Introduction

1. This is an action to compel payments of contributions, interest, and penalties to employee benefit plans, pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq.

Parties and Jurisdiction

2. Plaintiff Plasterers and Cement Masons Local 40 Pension Fund ("Pension Fund" or "the Funds") is an employee pension plan within the meaning of ERISA, 29 U.S.C. §1002(2).

3. Plaintiff Plasterers and Cement Masons Local 40 Annuity Fund ("Annuity Fund" or "the Funds") is an employee pension plan within the meaning of ERISA, 29 U.S.C. §1002(2).



(1)

4. Plaintiff Plasterers and Cement Masons Local 40 Health and Welfare Fund ("Welfare Fund" or "the Funds") is an employee welfare benefit plan within the meaning of ERISA, 29 U.S.C. §1002(1).

5. Plaintiff Plasterers and Cement Masons Local 40 Apprenticeship Fund ("Apprenticeship Fund" or "the Funds") is an employee welfare benefit plan within the meaning of ERISA, 29 U.S.C. §1002(1).

6. Plaintiff Donald Lavin is Co-Administrator of the Funds. The Funds' office is located in Cranston, Rhode Island.

7. Defendant Manuel R. Pavao Contractor, Inc. ("Manuel Pavao"), is a corporation organized under the laws of the State of Massachusetts. Defendant has the requisite minimum contacts with the State of Rhode Island.

8. Jurisdiction is rested upon ERISA, 29 U.S.C. §1132(e)(2).

Facts

9. The Funds were established to provide various types of benefits, including retirement, medical, and employment training, for Rhode Island Plasterers and Cement Masons Local 40 ("Local 40") members. The Funds are administered by Boards of Trustees consisting of management and union trustees.

10. Benefits as aforesaid are financed in part by employer contributions. The contribution rate is set by the collective bargaining agreement between Local 40 and each employer.

11. The rights and obligations of the Plaintiff Funds and the defendant are set forth in the Agreement and Declaration of Trust ("Trust Agreement").

12. The Trust Agreement provides, in relevant part, that the defendant shall submit timely payroll reports of contributions, promptly pay contributions, and pay penalties and interest when in default.

13. Defendant Manuel Pavao is party to a collective bargaining agreement which provides, in relevant part, that it shall comply with the terms of the Trust Agreement as aforesaid.

14. Notwithstanding the aforesaid obligations, defendant has:

(a) Failed to submit any payroll reports to the Funds for the period of April 2003 through the present;

(b) Failed to submit timely payroll reports to the Funds for the period of April 2003 through the present;

(c) Failed to make any contributions to the Funds for the period of April 2003 through the present;

(d) Failed to make timely contributions to the Funds for the period of April 2003 through the present; and

(e) Otherwise failed to comply with the terms and conditions of the Trust Agreement.

15. By the aforesaid acts and omissions, the defendant has violated ERISA, 29 U.S.C. §1132(a)(3) and §1145.

WHEREFORE, Plaintiffs pray that this Honorable Court:

(a) Award Plaintiff Funds the unpaid contributions, interest on the unpaid contributions, double interest, liquidated damages, punitive damages and attorneys' fees and costs, pursuant to 29 U.S.C. §1132(g)(2); and

(b) Order such other relief as the Court deems just and proper.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorney,

Marc B. Gursky, Esq. (#2818)
Jennifer Azevedo, Esq. (#6462)
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
Tel. (401) 454-7400
Fax (401) 621-8553

Dated: March 10, 2004