AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Plasterers Local 40 Pension Fund, et a

V.

Manuel R. Pavao Contractor, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 04 83 ML

TO: (Name and address of Defendant)

Manuel R. Pavao, President
Manuel R. Pavao Contractor, Inc.
2 Brook Street
Rehoboth, MA 02769

or: 148 Hornbine Road
Rehoboth, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer Azevedo
Gursky Law Associates
18 Imperial Place, Suite 1D
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3/10/04

(By) DEPUTY CLERK

2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 3-12-04 |
| --- | --- |
| NAME OF SERVER (PRINT) JOSEPH KEATING FEDERAL PROCESS SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: 2 Brook St. Rehoboth MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 40.00 | TOTAL 40.00 |
| --- | --- | --- |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-12-04
Date

Signature of Server

JOSEPH KEATING
41 N. ELMORE AVE.
N. PROVIDENCE, RI 02911
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED
2004 APR 23 A 11:08
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND