RECEIVED
APR 30 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, and DONALD LAVIN, in his official capacity as Co-Administrator of the Fund,
Plaintiffs,

v.

MANUEL R. PAVAO CONTRACTOR, INC.
Defendant.

C.A. No. 04-83ML

**STIPULATION**

The parties hereby stipulate that Defendant, Manuel R. Pavao Contractor, Inc., shall have until Friday, May 28, 2004 to answer or otherwise respond to Plaintiff's Complaint.

Plaintiffs,
By their attorney,

Jennifer Azevedo, Esq. (#6462)
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
Tel. (401) 454-7400
Fax (401) 621-8553

Dated: April 29, 2004

Defendant,
By its Attorney,

Mary Jeanne Stone, Esq.
BELFORD & STONE
279 North Main Street
Fall River, MA02720
Tel. (508) 674-8447
Fax (508) 677-4753

Dated: April 26, 2004

Enter:
Mary M. Lisi
USDJ 4/30/04

3