UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, and DONALD LAVIN, in his official capacity as Co-Administrator of the Fund., Plaintiffs, | : | C.A. No. 04-83ML |
| v. | : | |
| MANUEL R. PAVAO CONTRACTOR, INC., Defendant. | : | |

**ANSWER OF MANUEL R. PAVAO CONTRACTOR, INC.**

Defendant, Manuel R. Pavao Contractor, Inc. ("Defendant") answers the Complaint in this action as follows:

**Introduction**

1. Calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

**Parties and Jurisdiction**

2. Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 2 of the Complaint.



4

3. Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 3 of the Complaint.

4. Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 4 of the Complaint.

5. Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 5 of the Complaint.

6. Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 6 of the Complaint.

7. Admitted only that Defendant is a Massachusetts corporation and denied as to the remaining allegations contained in paragraph 7 of the Complaint, as they call for a legal conclusion.

8. Calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

**Facts**

9. Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 9 of the Complaint.

10. Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 10 of the Complaint.

11. Defendant admits the existence of the Trust Agreement, which Trust Agreement speaks for itself. Denied as to the remaining allegations set forth in paragraph 11 of the Complaint.

12. Defendant admits the existence of the Trust Agreement, which Trust Agreement speaks for itself. Denied as to the remaining allegations set forth in paragraph 12 of the Complaint.

13. Admitted that Defendant is a party to the Trust Agreement, which speaks for itself. Denied as to the remaining allegations contained in paragraph 13 of the Complaint.

14. Denied as to all subparts.

15. Denied.

WHEREFORE, Defendant requests that the Complaint be dismissed with prejudice and that Defendant be awarded its fees and costs in defending this action.

FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are estopped by his own actions and conduct.

THIRD AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the Doctrine of Unclean Hands.

FOURTH AFFIRMATIVE DEFENSE

Defendant is entitled to offset and recoupment of benefits already paid to the Local 1 Bricklayer's Union, which benefits exceed the amount demanded by Plaintiffs.

FIFTH AFFIRMATIVE DEFENSE

If the Plaintiffs have suffered any damages, they are as a result of the acts or conduct of third parties, over whom Defendant has no control, including but not limited to the Local 1 Bricklayer's Union.

Respectfully submitted,

Defendant Manuel R. Pavao Contractor, Inc.
by its attorneys,

Daniel K. Kinder, Esq. (#2151)
Joseph P. Quinn (#6832)
LITTLE, MEDEIROS, KINDER,
BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
Phone (401) 272-8080
Fax (401) 521-3555

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September, 2004 I served by first-class mail a true copy of the within ANSWER OF MANUEL R. PAVAO CONTRACTOR, INC. on Joseph Pezza, Esq., Rodio & Ursillo, Ltd., 86 Weybosset Street, Providence, RI 02903.