**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, and DONALD LAVIN, in his official capacity as Co-Administrator of the Fund,** **Plaintiffs** | : | **C.A. #04-83ML** |
| **V.** | : | |
| **MANUEL R. PAVAO CONTRACTOR, INC.** **Defendant** | : | |

**ENTRY OF APPEARANCE**

I, Joseph J. Pezza, hereby enter my appearance for the Plaintiff, Plasterers and Cement Masons Local 40 Pension Fund, et al.

Joseph J. Pezza (#5373)
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence RI 02903
(401) 331-6400
FAX (401) 331-0436

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within was mailed, postage prepaid, to Joseph P. Quinn, Esq., 72 Pine Street, Providence, RI 02903 and Mary Jeanne Stone, Esq., 279 North Main Street, Fall River, MA 02720 on this 20th day of September, 2004.

Karina McNally

5