**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, and DONALD LAVIN, in his official capacity as Co-Administrator of the Fund,
Plaintiffs,

v.

MANUEL R. PAVAO CONTRACTOR, INC.
Defendant.

C.A. No. 04-83ML

## WITHDRAWAL OF APPEARANCE

I, Jennifer Azevedo, on behalf of GURSKY LAW ASSOCIATES, hereby withdraw our appearance on behalf of the Plaintiffs in this matter.

Pursuant to Local Rule 6(d), Plaintiffs have been notified of our withdrawal, and new counsel has entered on behalf of the Plaintiffs. There are no motions pending before this Court, and no trial date has been set.

Respectfully submitted,

Jennifer Azevedo, Esq. (#6462)
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
Tel. (401) 454-7400
Fax (401) 621-8553

Dated: September 28, 2004



SCANNED 7

**CERTIFICATION**

I, Jennifer Azevedo, hereby certify that I caused a copy of the foregoing Withdrawal of Appearance to be sent first-class mail, postage prepaid on this 28th day of September 2004, to the following parties of record:

Joseph J. Pezza
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence, RI 02903

Joseph P. Quinn
Little, Medeiros, Kinder, Bulman & Whitney
72 Pine Street, 5th Florr
Providence, RI 02903