# United States District Court

DISTRICT OF
RHODE ISLAND

PLAINTIFF

**PLASTERERS LOCAL 40 PENSION FUND, ET AL**

## THIRD PARTY SUMMONS IN A CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF

**MANUEL R. PAVAO CONTRACTOR, INC.**

CASE NUMBER: **C.A. NO. 04-83ML**

V. THIRD PARTY DEFENDANT

**BRICKLAYERS AFL-CIO, LOCAL UNION 1**

TO: (Name and address of Third Party defendant) **Raymond Rigney, Jr., Secretary**
**Bricklayers AFL-CIO, Local Union 1,**
**150 Midway Road, Suite 153,**
**Cranston, RI 02920**

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY *(name and address)*

**Joseph Pezza, Esq.**
**Rodio & Ursillo, Ltd.**
**86 Weybosset Street**
**Providence, RI 02903**

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY *(name and address)*

**Joseph P. Quinn, Esq.**
**Little, Medeiros, Kinder, Bulman & Whitney, P.C.**
**72 Pine Street**
**Providence, RI 02903**

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

DATE 9/28/04

Francis P. McCabe
(BY) DEPUTY CLERK

8

# United States District Court

DISTRICT OF
RHODE ISLAND

PLAINTIFF
**PLASTERERS LOCAL 40 PENSION FUND, ET AL**

## THIRD PARTY SUMMONS IN A CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF
**MANUEL R. PAVAO CONTRACTOR, INC.**

CASE NUMBER: **C.A. NO. 04-83ML**

V. THIRD PARTY DEFENDANT
**BRICKLAYERS AFL-CIO, LOCAL UNION 1**

TO: (Name and address of Third Party defendant) **David Schiapo, President**
**Bricklayers AFL-CIO, Local Union 1,**
**150 Midway Road, Suite 153,**
**Cranston, RI 02920**

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY *(name and address)*

**Joseph Pezza, Esq.**
**Rodio & Ursillo, Ltd.**
**86 Weybosset Street**
**Providence, RI 02903**

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY *(name and address)*

**Joseph P. Quinn, Esq.**
**Little, Medeiros, Kinder, Bulman & Whitney, P.C.**
**72 Pine Street**
**Providence, RI 02903**

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

DATE 9/28/04

Francis McCabe

(BY) DEPUTY CLERK

# United States District Court

DISTRICT OF
RHODE ISLAND

PLAINTIFF
**PLASTERERS LOCAL 40 PENSION FUND, ET AL**

## THIRD PARTY SUMMONS IN A CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF
**MANUEL R. PAVAO CONTRACTOR, INC.**

CASE NUMBER: **C.A. NO. 04-83ML**

V. THIRD PARTY DEFENDANT
**BRICKLAYERS AFL-CIO, LOCAL UNION 1**

TO: (Name and address of Third Party defendant) **Joseph Contarino, Business Manager**
**Bricklayers AFL-CIO, Local Union 1,**
**150 Midway Road, Suite 153,**
**Cranston, RI 02920**

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY *(name and address)*

**Joseph Pezza, Esq.**
**Rodio & Ursillo, Ltd.**
**86 Weybosset Street**
**Providence, RI 02903**

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY *(name and address)*

**Joseph P. Quinn, Esq.**
**Little, Medeiros, Kinder, Bulman & Whitney, P.C.**
**72 Pine Street**
**Providence, RI 02903**

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

DATE 9/28/04

Francis P. McCabe
(BY) DEPUTY CLERK