UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, and DONALD LAVIN, in his official capacity as Co-Administrator of the Fund., Plaintiffs, | : | C.A. No. 04-83ML |
| v. | : | |
| MANUEL R. PAVAO CONTRACTOR, INC., Defendant. | : | |

**FIRST AMENDED THIRD-PARTY COMPLAINT**

Pursuant to Rule 14 of the Federal Rules of Civil Procedure, Defendant/Third-Party Plaintiff, Manuel R. Pavao Contractor, Inc. ("Pavao") asserts this Third-Party Complaint against Third-Party Defendants, Rhode Island Bricklayers Annuity Fund, Rhode Island Bricklayers Health and Welfare Fund, Rhode Island Bricklayers Pension Fund (collectively referred to herein as "the Local 1 Funds") and Joseph Contarino, J. Robert Wahlberg, Pasquale Zarlenga, Raymond Rigney, Eric Anderson, Jo Ann Howard, Stephen J. Grande, Paul Enos, David Spino, David Schiapo, in their capacity as Trustees of the various Local 1 Funds (collectively referred to herein as "the Trustees").

9

**Facts Common to Allegations**

1. Pavao is a Massachusetts corporation with a principal place of business in Rehoboth, Massachusetts and is authorized to conduct business in Rhode Island.

2. Third-Party Defendants, Rhode Island Bricklayers Annuity Fund, Rhode Island Bricklayers Health and Welfare Fund, Rhode Island Bricklayers Pension Fund, are administrative trust funds of the Local 1 Bricklayers Union, all with a principal place of business at 200 Midway Road, Suite 169, Cranston, Rhode Island 02920.

3. Third Party Defendants, Joseph Contarino, J. Robert Wahlberg, Pasquale Zarlenga, Raymond Rigney, Eric Anderson and Jo Ann Howard, are Trustees of the Rhode Island Bricklayers Annuity Fund.

4. Third Party Defendants, Joseph Contarino, Stephen J. Grande, Pasquale Zarlenga, Paul Enos, David Spino and David Schiapo, are Trustees of the Rhode Island Bricklayers Health and Welfare Fund.

5. Third Party Defendants, J. Robert Wahlberg, Joseph Contarino, Pasquale Zarlenga, Raymond Rigney, Eric Anderson and Jo Ann Howard, are Trustees of the Rhode Island Bricklayers Pension Fund.

6. Pavao employed an individual named Henrique DaSilva at certain times relevant to this dispute, from April 2003 to the present. At certain times during this period, Pavao did not employ Mr. DaSilva or any other individuals requiring the payment of relevant union benefits by Pavao.

7. For all periods in which Mr. DaSilva in fact worked for Pavao, Pavao paid all union benefits required for Mr. DaSilva's employment directly to the Local 1 Funds.

8. Pavao erroneously, but in good faith, believed that the payments made to Local 1 Funds were due the Local 1 Funds.

9. Subsequently, Pavao learned that the payments made to Local 1 Funds were in fact required to be paid to the Plasterers and Cement Masons Union, Local 40 ("Local 40"), pursuant to an agreement between Pavao and Local 40.

10. Upon discovering the error in payments made to Local 1 Funds, Ms. Leslie Louro, Pavao's office manager, contacted Mr. Anthony D'Antuano, business agent for Local 40, who represented that the amounts paid by Pavao to Local 1 Funds would be transferred from the Local 1 Funds to the appropriate funds held by the Local 40.

11. Pavao actually paid $6,571.14 in benefits to the Local 1 Funds, when in fact the Local 40 benefits due under the Local 40 union agreement total only $5,381.85, resulting in an excess payment of $1,189.29.

**COUNT I - INDEMNIFICATION**

12. Pavao restates the allegations of paragraphs 1 through 11 above, as if fully set forth herein.

13. Local 40 has alleged that it is owed benefits due on behalf of Mr. DaSilva, which benefits have been erroneously, and in good faith, paid to the Local 1 Funds.

14. To the extent Pavao is found liable for any amounts due Local 40 in this action, it is entitled to full indemnification for said amounts from the Local 1 Funds.

15. All conditions precedent to the maintenance of this action have been performed.

WHEREFORE, Pavao requests judgment against the Local 1 Funds to the extent of any judgment for damages against Pavao in this action.

**COUNT II - CONTRIBUTION**

16. Pavao restates the allegations of paragraphs 1 through 15 above, as if fully set forth herein.

17. Local 40 has alleged that it is owed benefits due on behalf of Mr. DaSilva, which benefits have been erroneously, and in good faith, paid to the Local 1 Funds.

18. If Pavao is found liable for any damages to the Local 40, it is entitled to contribution for said amounts, if any, from the Local 1 Funds.

19. All conditions precedent to the maintenance of this action have been performed.

WHEREFORE, Pavao requests judgment against the Local 1 Funds to the extent of any judgment for damages against Pavao in this action.

**COUNT III - CONVERSION**

20. Pavao restates the allegations of paragraphs 1 through 19 above, as if fully set forth herein.

21. The benefits paid by Pavao on Mr. DaSilva's behalf are identifiable, and were intended to fund appropriate union trusts and apprenticeship programs.

22. The Local 1 Funds have converted said funds to their own use, without authority to do so, and despite their obligation to transfer said funds to Local 40.

23. The Local 1 Funds have further retained and converted funds to their own use in excess of the amounts actually due Local 40, which must be refunded to Pavao forthwith.

WHEREFORE, Pavao requests judgment against the Local 1 Funds for its damages, plus interest and costs.

Respectfully submitted,

Manuel R. Pavao Contractor, Inc.
by its attorneys,

Daniel K. Kinder, Esq. (#2151)
Joseph P. Quinn (#6832)
LITTLE, MEDEIROS, KINDER,
BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
Phone (401) 272-8080
Fax (401) 521-3555

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November, 2004, I served by first-class mail a true copy of the within FIRST AMENDED THIRD-PARTY COMPLAINT on Joseph Pezza, Esq., Rodio & Ursillo, Ltd., 86 Weybosset Street, Providence, RI 02903 and by hand delivery on counsel for the Local 1 Funds and Trustees, David Baricelli, Esq., Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, RI 02903.