UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PLASTERERS AND CEMENT
MASONS LOCAL 40 PENSION FUND, et al.

vs. C.A. NO. 04-083ML

MANUEL R. PAVAO CONTRACTOR, INC.

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
U.S. District Judge
April 18, 2005

Entered as an Order of this Court on April 18, 2005.

Deputy Clerk

13