UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, ET AL.,
Plaintiffs,

v.

MANUEL R. PAVAO CONTRACTOR, INC.,
Defendant/Third-Party Plaintiff,

v.

RHODE ISLAND BRICKLAYERS ANNUITY FUND, ET AL.
Third-Party Defendants.

C.A. No. 04-83 - ~~ML~~ T

**WITHDRAWAL OF APPEARANCE**

The undersigned, Joseph P. Quinn, Esq., hereby withdraws his appearance on behalf of the Defendant/Third-Party Plaintiff, Manuel R. Pavao Contractor, Inc. ("Pavao") in this matter. Daniel K. Kinder and the law firm of Little, Medeiros, Kinder, Bulman & Whitney, P.C. shall continue to represent Pavao.

Respectfully submitted,

Daniel K. Kinder (#2151)
Joseph P. Quinn (#6832)
Little Medeiros Kinder Bulman
& Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401)272-8080
(401)521-3555 *fax*

14

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May, 2005, I caused to be mailed, first-class, postage-prepaid, a true and accurate copy of the within Withdrawal of Appearance to Joseph Pezza, Esq., Rodio & Ursillo, Ltd., 86 Weybosset Street, Providence, RI 02903 and David Baricelli, Esq., Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, RI 02903.

Linda Lizatto

O:\JPQ\Pavao - Local 40\Withdrawal of Appearance.doc