UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND PLASTERERS AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, et al. | : | |
| v. | : | C.A. No. 04-83T |
| MANUEL R. PAVAO CONTRACTOR, INC., et al. | : | |

## SHOW CAUSE ORDER

On February 14, 2005, this Court issued a Settlement Conference Order and Notice scheduling a settlement conference for April 25, 2005. On April 21, 2005, Plaintiffs' counsel informed the Court that a settlement had been reached in the matter and that the conference was "no longer necessary." It has been nearly four months since the case was reported settled, and, to date, no dismissal stipulation has been filed with the Court. Thus, this Court has no choice at this point but to schedule a hearing on August 30, 2005 at 10:00 a.m. in Courtroom A for Plaintiffs to show cause why this case should not be dismissed with prejudice in view of the settlement they reported several months ago. The hearing will be cancelled if a dismissal stipulation is filed with the Court prior to the date of the show cause hearing.

LINCOLN D. ALMOND
United States Magistrate Judge
August 3, 2005