RECEIVED
AUG 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, and DONALD LAVIN, in his official capacity as Co-Administrator of the Fund**

**Plaintiffs**

**vs.**

**MANUEL R. PAVAO CONTRACTOR, INC.**

**Defendant/Third-Party Plaintiff**

**vs.**

**RHODE ISLAND BRICKLAYERS ANNUITY FUND, RHODE ISLAND BRICKLAYERS PENSION FUND, RHODE ISLAND BRICKLAYERS HEALTH & WELFARE FUND, and the TRUSTEES of the Funds**

**Third-Party Defendants**

**C.A. #04-83ML**

**DISMISSAL STIPULATION**

The parties hereby agree that, pursuant to the *Settlement Agreement* reached by and between the Plaintiffs, Plasterers and Cement Masons Local #40 Pension Fund, *et al* and the Third-Party Defendants, Rhode Island Bricklayers Annuity Fund, *et al*, the Plaintiffs, Plasterers and Cement Masons Local #40 Pension Fund, *et al's* Complaint is hereby dismissed with prejudice, no interest, no costs, and no attorneys' fees to any party; and the Defendant, Manuel R. Pavao Contractor, Inc.'s Third-party Complaint is hereby dismissed with prejudice, no interest, no costs, and no attorneys' fees to any party.

**DATED: August 1, 2005**

Enter:
Mary M. Lisi
USDJ 8/22/05

Plaintiffs,
By Their Attorneys,

Joseph J. Pezza, Esquire (#5373)
RODIO & URSILLO, LTD
86 Weybosset Street
Providence, RI 02903
(401) 331-6400
(401) 331-0436 (facsimile)

Defendants/Third-Party Plaintiffs,
By Their Attorneys,

Daniel K. Kinder, Esquire (#2151)
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 521-3555 (facsimile)

Third-Party Defendants
By Their Attorneys,

David D. Barricelli, Esquire (#4763)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (facsimile)

ENTER
Ernest C. Torres
Chief U.S. District Judge
DATE
8/25/05